NUMBER
13-10-00623-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

ROSA
GARCIA,                                                                              Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 214th District Court

                                       of
Nueces County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

    Before
Chief Justice Valdez and Justices Rodriguez and Perkes

                               Memorandum
Opinion Per Curiam

 








Appellant,
Rosa Garcia, by and through her attorney, has filed a motion to withdraw her
appeal because she no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to withdraw the appeal
and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. 
Having dismissed the appeal at appellant's request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.

PER
CURIAM

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the 27th

day of January, 2011.